413 A.2d 1127

Roth, Appellant, v. Keystone Insurance Company.
Reargument Denied Aug. 1, 1979.

Argued March 20, 1979. Robert Morris Cohen, for appellant; John J. Connors, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order of the lower court affirmed.

413 A.2d 1127

In re Smith, a minor child.

Appeal of Richard G. Smith.

Argued March 19, 1979. Lawrence S. Rubin, for appellant; James N. Robertson, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.